**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| New Products Marketing Corp., d/b/a Stringliner Company, | ) ) ) | **ORDER** |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:06-cv035 |
| Lowe's Companies, Inc., Lowe's Home Centers, Inc. and Does 1-10 | ) ) ) | |
| Defendants. | ) | |

_____

On May 25, 2006, the parties filed a Stipulation for Extension of Time. Therein they agreed that the defendants shall have until June 26, 2006, to answer or otherwise respond to the plaintiff's complaint. The court adopts the parties stipulation (Docket No. 6) and **ORDERS** that the defendant shall have until June 26, 2006, to file an answer or otherwise respond to the plaintiff's complaint.

Dated this 26th day of May, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge